Robert J. Tuerck, State Bar No. 255741
JACKSON & TUERCK
429 Main Street, Suite C
P.O. Box 148
Quincy, CA 95971
Tel: (530) 283-0406
Fax: (530) 283-0416
E-mail: bob@jacksontuerck.com


Andrew L. Packard, State Bar Number 168690
Erik M. Roper, State Bar No. 259756
LAW OFFICES OF ANDREW L. PACKARD
100 Petaluma Boulevard, Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@PackardLawOffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a nonprofit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>RIO BRAVO FRESNO, et. al.<br><br>    Defendants, | Case No. 1:11-cv-02150-AWI-DLB<br><br>**JOINT STIPULATION AND ORDER REGARDING SERVICE AND RESPONSIVE PLEADING**<br><br>DENIS L. BECK<br>U.S. MAGISTRATE JUDGE |

The parties to the above-entitled action present the following stipulation pursuant to Local Rule 143(b), for consideration by the court.

The parties hereby stipulate to an effective date of April 25, 2012 for the service of the summons and complaint in this matter.  Although personal service has not been completed, each of the defendants and their counsel have actual notice of this lawsuit and have received,

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND RESPONSIVE PLEADING                                                                                                                                1

through their counsel, a copy of the Complaint and the Court's December 28, 2011 Order Setting Mandatory Scheduling Conference.

The Complaint in this action was filed on December 27, 2011. The parties acknowledge that Defendants have had actual notice of the lawsuit, but that service has not yet been completed. The period for service prescribed by Fed. R. Civ. P. 4(m) expires April 25, 2012. A responsive pleading would be due twenty-one (21) days thereafter on May 16, 2012. The parties are presently engaged in settlement discussions and anticipate that they will be able to reach a resolution without incurring significant legal fees and costs.  To avoid the cost of service while preserving the May 16, 2012 responsive pleading deadline, the parties stipulate that the undersigned counsel for Defendants will be deemed to have accepted service for all Defendants as of Wednesday, April 25, 2012, which is within the 120 day period prescribed by Rule 4(m). The parties further stipulate that Defendants' responsive pleading shall be filed on or before Wednesday, May 16, 2011, which is the 21st day following the stipulated date of service.

The parties respectfully request that the Court grant this stipulation and sign the order below reflecting the dates for service and response.

SO STIPULATED.

Respectfully Submitted,

DATED:  April 2, 2012                    JACKSON & TUERCK

/s/ Robert J. Tuerck
Robert J. Tuerck
Attorney for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

DATED:  April 2, 2012                    SHEPPARD MULLIN RICHTER
& HAMPTON LLP

/s/ Stephen J. O'Neil (as authorized on 04/11/2012)
Stephen J. O'Neil
Attorney for Defendants
RIO BRAVO FRESNO, NORTH AMERICAN POWER GROUP, LTD., and RICK SPURLOCK

**ORDER**

Based upon the foregoing Stipulation and good cause appearing therefore:

1. Service on all Defendants shall be deemed effective April 25, 2012; and
2. Defendants shall file a responsive pleading on or before May 16, 2012;

IT IS SO ORDERED.

Dated:   **April 16, 2012**                    /s/ Dennis L. Beck
                                               UNITED STATES MAGISTRATE JUDGE